IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHICAGO INSURANCE COMPANY,**

    **Plaintiff,**

**v.**                                         **CASE NO. 3:14-cv-89-RS-EMT**

**RICHARD M. COLBERT, et al.,**

    **Defendants.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 15) and Defendants' Objection, in part, to Report and Recommendation (Doc. 17). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Thomas and Kalliope Zachos' motion to dismiss (Doc. 5) is **DENIED**.

**ORDERED** on July 14, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**